UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BEVERLY FORDE,

    Petitioner,

v.                         Civil No. 3:03CV1424 (EBB)

WILLIAM WILLINGHAM, Warden
FCI Danbury,

    Respondent.

## ORDER

Inasmuch as the Respondent has submitted affidavits and exhibits attached to his Motion to Dismiss, which can not be considered at this stage in the litigation, the Court hereby converts the Motion to Dismiss into a Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Accordingly, on or before May 19, 2006, Respondent is ordered to submit the required Local Rule 56(a)1 Statement. Petitioner is ordered to submit her opposition papers thereafter, in accordance with the Federal Rules of Civil Procedure and the Local Rules of the District of Connecticut.

SO ORDERED

_____
ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this 25th day of April, 2006.