UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BEVERLY FORDE,

    Plaintiff,

v.

DONNA ZICKEFOOSE,
Warden, FCI, Danbury

    Defendant.

CIVIL NO. 3:03CV1424(EBB)(JGM)

## LAW STUDENT INTERN APPEARANCE FORM
## STUDENT CERTIFICATION

1. I hereby certify that I am a student at Yale Law School in Connecticut, class of 2009, and am a participant in a faculty supervised clinical program at Yale University Law School.

2. Wherefore, I request the Court's approval to appear in this matter under the supervision of Brett Dignam on behalf of Beverly Forde subject to the provisions of Practice Rule 26 et seq.

                                                                  Sarah Mehta

## CLIENT CONSENT

I hereby consent to the appearance on my behalf of the law student intern named above, to provide legal service and appear in court or administrative tribunals for me in the above-captioned matter, under the supervision of Brett Dignam.

Date: 10/08/07    Signature: _____ X

Address: 33 ½ Pembroke Station

Danbury, CT. 06811

## CONSENT OF SUPERVISING ATTORNEY

I hereby certify that I have been admitted and that I am a member of the bar of the United States District Court for the District of Connecticut. I hereby assume professional responsibility for the work of Sarah Mehta as a law student intern under Practice Rule 26 <u>et seq</u>. and agree to supervise said intern in accordance with the requirements of said Rule 26 <u>et seq</u>. and approve his appearance in this matter.

Dated: 10/16/07

Brett Dignam
The Jerome N. Frank Legal Services
  Organization
P.O. Box 209090
New Haven, CT  06520
(203) 432-4800

Appearance Approved:

_____
United States District Judge

Date: _____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Memorandum was mailed this 7th day of March, 2007 to:

Assistant U.S. Attorney Alan Soloway
U.S. Attorney's Office – New Haven
157 Church St., 23rd floor
P.O. Box 1824
New Haven, CT 06510

Brett Dignam