UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BEVERLY FORDE, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | CIVIL NO. 3:03-CV-1424(EBB)(JGM) |
| : | |
| DONNA ZICKEFOOSE, : | |
| Warden, FCI, Danbury : | |
| : | |
| Respondent. : | June 26, 2008 |

**PETITIONER'S UNOPPOSED MOTION TO WAIVE
LOCAL RULE 7(A)(2) PAGE LIMIT**

Petitioner files this unopposed Motion requesting that this Court waive the Local Rule 7(A)(2) page limit for her Memorandum of Law in Response to Respondent's Converted Motion for Summary Judgment. Local Rule of Civil Procedure 7(A)(2) limits all briefs or memoranda to no more than forty (40) double-spaced pages. L. R. Civ. P. 7(A)(2). Petitioner's response must address arguments of both law and fact raised in Respondent's Memorandum in Support of Respondent's Motion to Dismiss (filed October 7, 2005; docket number: 31) and Respondent's Supplemental Memorandum in Support of Respondent's Motion to Dismiss (filed October 14, 2005; docket number: 32). These two filings are 25 and 33 pages, respectively. Petitioner's filing does not exceed 55 substantive pages.

WHEREFORE, it is respectfully prayed that Petitioner's Motion to waive the Local Rule 7(A)(2) page limit for Petitioner's Memorandum of Law in Response to Respondent's Converted Motion for Summary Judgment be granted.

Respectfully submitted,

*Brett Dignam*

Brett Dignam ct00283
J.L. Pottenger, Jr. ct05479

Counsel for Petitioner Beverly Forde
The Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT  06520-9090
brett.dignam@yale.edu
j.pottenger@yale.edu

On the Memorandum:

Law Student Interns

Dawn Yamane Hewett '08
Chris Mandernach '08
Sarah Mehta '09
Jason Chlipala '09
Adam Cherlin '10

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Motion to Waive Local Rule 7(A)(2) Page Limit was hand-delivered this 26th day of June, 2008, to:

>Assistant U.S. Attorney Alan Soloway
>U.S. Attorney's Office – New Haven
>157 Church St., 23rd Floor
>P.O. Box 1824
>New Haven, CT  06510

_/s/ Brett Dignam_
Brett Dignam