UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLEY FORDE, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CIVIL NO. 3:03CV1424(EBB)(JGM) |
| | : | |
| MAUREEN BAIRD, | : | |
| Warden, FCI Danbury, | : | |
| | : | |
| Respondent. | : | February 1, 2010 |

**PETITIONER'S REQUEST FOR USE OF PRO BONO FUNDS IN ORDER
TO PAY THE COSTS OF EXPERT WITNESS ANVER EMON**

Pursuant to Local Rule 83.10(f) of the Local Rules of Civil Procedure for the U.S. District Court for the District of Connecticut, Counsel for Petitioner Beverley Forde respectfully request that the Court authorize the use of pro bono funds in order to pay the costs for the trial preparation and testimony of Petitioner's Islamic law expert, Anver Emon.

1. Trial in *Forde v. Baird*, Civ. No. 3:03CV1424(EBB)(JGM), was held before the Court from December 14 to December 17, 2009.

2. Counsel for Petitioner submitted an Application to be Appointed Pro Bono Counsel on November 19, 2009, pursuant to Local Rule 83.10(b).

3. This application was approved by the Court on December 4, 2009.

4. Petitioner called Mr. Anver Emon as a witness on December 14, 2009.

5. Mr. Emon was qualified by the Court as an expert to provide testimony regarding the

1

requirements of Islamic law, particularly the concept of *mahram*, which prohibits a woman from being touched by a man outside of her family unit. His testimony focused on the sincerity of Petitioner's belief that it is a violation of her religion to be pat searched by men in non-emergency situations, the central dispute between the parties at trial.

6. The Jerome N. Frank Legal Services Organization at Yale Law School paid $1,233.58 to purchase roundtrip airfare for Mr. Emon from Toronto, Canada to Hartford, Connecticut. The receipt for this payment is attached as Exhibit A.

7. The Jerome N. Frank Legal Services Organization at Yale Law School paid $322.56 to purchase lodging for Mr. Emon during his stay in New Haven. The receipt for this payment is attached as Exhibit B.

8. The Jerome N. Frank Legal Services Organization at Yale Law School therefore requests reimbursement of $1556.14 for Mr. Emon's travel and lodging.

Accordingly, Counsel for Petitioner respectfully requests that the Court authorize the use of pro bono funds in order to pay the costs of Petitioner's Islamic law expert Anver Emon.

Respectfully submitted,

Brett Dignam
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06520
Bar No.: ct00283
brett.dignam@yale.edu

2

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of this Request was e-filed this 1st day of February, 2010, with electronic notification sent to:

Assistant U.S. Attorney Alan Soloway
U.S. Attorney's Office – New Haven
157 Church St., 23rd floor
New Haven, CT 06510

Assistant U.S. Attorney Michelle McConaghy
U.S. Attorney's Office – New Haven
157 Church St., 23rd floor
New Haven, CT 06510

                                                Brett Dignam
                                                Jerome N. Frank Legal Services Organization
                                                Yale Law School
                                                P.O. Box 209090
                                                New Haven, CT 06520
                                                Bar No.: ct00283
                                                brett.dignam@yale.edu

**WORLDTEK TRAVEL MANAGEMENT**
24 HOUR HELP 1 800 243 1723- VISIT OUR WEBSITE
WWW.WORLDTEK.COM
Phone: 1-800-243-1723
GAIL.GAMBARDELLA@WORLDTEK.COM

English | 12 hrs display | Log In | Sign up Now

Home | View Itinerary | City Guides | Help | My Profile | My Trips

| TRIP TO | PREPARED FOR | RESERVATION CODE | TRAVEL DATES |
|---|---|---|---|
| HARTFORD SPRNGFLD, CT | ANVER EMON | GFJLCJ | Dec 13 - Dec 15 |

Overview | Air

PRICE = $1293.58

**Travel Arranger Priority Comments**
1198.58 PLUS 35.00 FEE

**NEXT STEPS**
- Print Itinerary
- Save as PDF
- Send to Mobile
- E-mail Itinerary
- Add to Calendar
- View eInvoice
- Add to My Trips


Introducing the new Premier Rewards Gold Card from American Express

Sunday  Dec 13
YYZ TORONTO ON, CANADA → BDL HARTFORD SPRNGFLD, CT

AIR CANADA
AC 7426
Operated by
AIR GEORGIAN

| | | |
|---|---|---|
| Departing At | 11:45am | Arriving At 01:15pm |
| Terminal | TERMINAL 1 | Terminal Not Available |

| Passenger Name | Seats | Frequent Flyer Number |
|---|---|---|
| ANVER EMON | 04A / Confirmed | |

| Airline Reservation Code | LDS42Z | Duration | 01hr(s) :30min(s) |
| Status | Confirmed | Class | Economy |
| Aircraft | BEECHCRAFT 1900D SERIES TURBOPROP | Gate | Check for latest information |
| Meals | | Stops | 0 |
| Smoking | No | Distance (in Miles) | 0370 |

Please verify flight times prior to departure

Buzz me of any flight changes
You can be notified if there are any delays or cancellations — Notify Me

Where do you want to go?
Maps | Directions

Tuesday  Dec 15
BDL HARTFORD SPRNGFLD, CT → YYZ TORONTO ON, CANADA

AIR CANADA
AC 7955
Operated by
JAZZ

| | | |
|---|---|---|
| Departing At | 07:30pm | Arriving At 09:34pm |
| Terminal | Not Available | Terminal TERMINAL 1 |

| Passenger Name | Seats | Frequent Flyer Number |
|---|---|---|
| ANVER EMON | 07C / Confirmed | |

| Airline Reservation Code | LDS42Z | Duration | 02hr(s) :04min(s) |
| Status | Confirmed | Class | Economy |
| Aircraft | DASH1 TURBOPROP | Gate | Check for latest information |
| Meals | | Stops | 0 |
| Smoking | No | Distance (in Miles) | 0370 |

Please verify flight times prior to departure

**Tropiano, Deborah**

| | |
|---|---|
| From: | 'Courtyard By Marriott Reservation' [reservations@courtyard.com] |
| Sent: | Wednesday, December 09, 2009 10:44 AM |
| To: | Tropiano, Deborah |
| Subject: | Reminder: Your stay at Courtyard New Haven at Yale begins Sunday, December 13, 2009 |

Courtyard New Haven at Yale 30 Whalley Ave,
New Haven, Connecticut 06511 USA Phone: 1-203-777-6221 Fax: 1-203-772-1089

### Reservation for ANVER EMON

- **Confirmation Number: 90201404**
- **Check-in:** Sunday, December 13, 2009 (03:00 PM)
- **Check-out:** Tuesday, December 15, 2009 (11:00 AM)

View hotel website >>                    Driving Directions >>
Modify or Cancel reservation >>          Maps & Transportation >>

## Reservation Reminder

**Dear ANVER EMON,**

Your reservation #90201404 at the Courtyard New Haven at Yale begins soon. We're excited you'll be visiting and are preparing for your stay.

Courtyard New Haven at Yale

**Not a Rewards member? See what you are missing.**
There's still time to be rewarded for your upcoming stay! As a Marriott Rewards member, you could earn **2880** points for this stay. Enroll today to begin earning rewards, and you may also qualify for bonus points. **Join Marriott Rewards >>**

# About Your Hotel

### Services & Amenities

- Complimentary High-speed Internet in guest rooms
- Business center
- Fitness center on-site

For a complete list of services and amenities, download the hotel fact sheet >>

- Find a flight: uncover the best fares >>
- Rent a car: choose from multiple car companies >>

1

- Hertz great special rates >>
- Join Us, Help Save the Rainforest. Learn More and Donate Now >>

# About Your Destination

## Weather

View a 10-day forecast >>

### What's happening in New Haven?
You know what you like. We know where you can find it in New Haven. Use the links below, proudly provided by wCities, to find things to do and see in New Haven.



- City Insider >>
- Top Pick >>
- Dining >>
- Bars & Nightlife >>

- Things to do >>
- Business Essentials >>
- Shopping >>
- Practical Information >>

# Reservation Details

- **Confirmation Number:** 90201404
- **Your hotel:** Courtyard New Haven at Yale
- **Check-in:** Sunday, December 13, 2009 (03:00 PM)
- **Check-out:** Tuesday, December 15, 2009 (11:00 AM)
- **Room type:** Guest room, 1 King
- **Number of rooms:** 1
- **Guests per room:** 1
- **Guest name:** ANVER EMON
- **Reservation confirmed:** Wednesday, December 2, 2009 (16:15:00 GMT)
- **Guarantee method:** Guaranteed to property

| Summary of Room Charges | Cost per night per room (USD) |
|---|---|
| Sunday, December 13, 2009 - Tuesday, December 15, 2009 ( 2 nights ) | 144.00 |
| Yale Dept Rate rate | |
| Estimated government taxes and fees | 17.28 |
| **Total for stay (for all rooms)** | **322.56** |

- On-site parking, fee: 15 USD daily
- Changes in taxes or fees implemented after booking will affect the total room price.

You may modify or cancel your reservation online (see details below), or call 1-800-321-2211 in the US and Canada. Elsewhere, call our worldwide telephone numbers.

Contact us if you have questions about your reservation.

**Canceling Your Reservation**

2