UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BEVERLEY FORDE, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CIVIL NO. 3:03CV1424(EBB)(JGM) |
| | : | |
| MAUREEN BAIRD, | : | |
| Warden, FCI Danbury, | : | |
| | : | |
| Respondent. | : | February 1, 2010 |

**PETITIONER'S REQUEST FOR USE OF PRO BONO FUNDS IN ORDER
TO PAY THE COSTS OF EXPERT WITNESS ANVER EMON**

Pursuant to Local Rule 83.10(f) of the Local Rules of Civil Procedure for the U.S. District Court for the District of Connecticut, Counsel for Petitioner Beverley Forde respectfully request that the Court authorize the use of pro bono funds in order to pay the costs for the trial preparation and testimony of Petitioner's Islamic law expert, Anver Emon.

1. Trial in *Forde v. Baird*, Civ. No. 3:03CV1424(EBB)(JGM), was held before the Court from December 14 to December 17, 2009.

2. Counsel for Petitioner submitted an Application to be Appointed Pro Bono Counsel on November 19, 2009, pursuant to Local Rule 83.10(b).

3. This application was approved by the Court on December 4, 2009.

4. Petitioner called Mr. Anver Emon as a witness on December 14, 2009.

5. Mr. Emon was qualified by the Court as an expert to provide testimony regarding the

1

requirements of Islamic law, particularly the concept of *mahram*, which prohibits a woman from being touched by a man outside of her family unit. His testimony focused on the sincerity of Petitioner's belief that it is a violation of her religion to be pat searched by men in non-emergency situations, the central dispute between the parties at trial.

6. Mr. Emon submitted an invoice for his trial preparation and testimony for $1,000, attached as Exhibit A.

7. Mr. Emon also submitted receipts for $164.11 in trial-related expenses. These are attached as Exhibit B.

8. Mr. Emon thus requests payment of $1,164.11 for his trial preparation, testimony, and related expenses.

Accordingly, Counsel for Petitioner respectfully requests that the Court authorize the use of pro bono funds in order to pay the costs of Petitioner's Islamic law expert Anver Emon.

Respectfully submitted,

Brett Dignam
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06520
Bar No.: ct00283
brett.dignam@yale.edu

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Request was e-filed this 1st day of February, 2010, with electronic notification sent to:

Assistant U.S. Attorney Alan Soloway
U.S. Attorney's Office – New Haven
157 Church St., 23rd floor
New Haven, CT 06510

Assistant U.S. Attorney Michelle McConaghy
U.S. Attorney's Office – New Haven
157 Church St., 23rd floor
New Haven, CT 06510

Brett Dignam
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06520
Bar No.: ct00283
brett.dignam@yale.edu



# Faculty of Law UNIVERSITY OF TORONTO

78/84 Queen's Park Toronto Canada M5S 2C5

January 25, 2010

Brett Dignam
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090

RE: Invoice for testimony in *Forde* Case

Dear Ms. Dignam

Enclosed is my invoice for my services rendered as an expert witness in the *Forde* case, in which I testified on Monday, December 14, 2009.,

Sincerely,

Anver M. Emon
Assistant Professor
Faculty of Law
University of Toronto

Tel 416-978-3725 Fax 416-978-7899 (Falconer) 416-978-2648 (Flavelle)

# INVOICE

**CLIENT: JEROME FRANK LEGAL SERVICES ORGANIZATION**

**SERVICES RENDERED/LINE ITEM COST**

- Expert witness testimony and preparations (12/13/09-12/14/09)    $1000.00

Please make all amounts payable to "Anver M. Emon" and send to:

Anver M. Emon
78 Queen's Park
Toronto, ON M5S 2C5
Canada



$106.56 U.S.D
(see following page for conversion rate)



DATE 12/15/09
FROM Marriot
TO CTLimo
FARE $11.00

DRIVER                   145
                       CAR NO.

**THANK YOU**

Currency converter calculator -- Bankrate.com    http://www.bankrate.com/calculators/investing/currencycalc.aspx

CD calculator | Mortgage calculator    **Adv:** Get on the road to debt freedom

**Quick links:** Bank ratings | Graph rates | 100 High Yield CDs

Glossary    Search

| Home | News & Advice | Compare Rates | Life & Money | Calculators | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mortgage | Refinance | Home Equity | CDs & Investments | Checking & Savings | Auto | Credit Cards | Debt Management | Insurance | College Finance | Retirement | Taxes | Find rates |

advertisement

| Mortgage Rates | Rate | APR | | FHA Rates | Rate | APR | |
|---|---|---|---|---|---|---|---|
| 30 Year Fixed | 4.375% | 4.702% | Amerisave | 30 Year Fixed | 4.625% | 5.224% | Amerisave |
| 15 Year Fixed | 3.750% | 4.335% | Amerisave | 15 Year Fixed | 4.000% | 4.617% | Amerisave |
| 3 Year ARM | 2.375% | 3.437% | Amerisave | 3 Year ARM | 3.750% | 3.267% | Amerisave |

*$260K loan, Jumbo $420K loan, FL 80% CLTV, Effective 01/14/2010, Terms apply.    AmeriSave Direct Mortgage Lender

**CDs Overnight Averages**    About this index

| Product | Yield | +/- | Last week |
|---|---|---|---|
| 6 Mo CD | 1.10% | | 1.13% |
| 1 Yr CD | 1.58% | | 1.60% |
| 5 Yr CD | 2.92% | | 2.91% |
| 1 Yr Jumbo CD | 1.36% | | 1.37% |

Powered by OANDA.com, THE CURRENCY SITE™

Tuesday, December 15, 2009

113 Canadian Dollar = 106.560 US Dollar
113 US Dollar (USD) = 119.830 Canadian Dollar (CAD)

Median price = 0.94267 / 0.94300 (bid/ask)
Minimum price = 0.93766 / 0.93788
Maximum price = 0.94608 / 0.94640

Compare rates: -- select --    Search

FXConverter - Currency Converter for 164 Currencies 164 Currency Converter © 1997-2009 by OANDA.com.

Bankrate.com



"I can't live without my Card. It buys me an additional month of cash flow."
Mark Pascale, Pascale Electric. Member since 1984



Is the Gold Card Right For You?
▶ LEARN MORE
goldforbusiness.com

advertisement

**Ask Dr. Don »**    By Don Taylor, Ph.D., CFA, CFP

INVESTING
**Treasuries remain safe**
The full faith and taxing power of the U.S. government keeps Treasury securities safe.

View more Bankrate Advisers »

**Share:** Facebook  Twitter  Digg  Delicious  Buzz up!  More

## Compare Rates »

| MORTGAGE RATES | | HIGH YIELD CD AND MMA RATES | OTHER RATES | |
|---|---|---|---|---|
| 30 year fixed | 5/1 ARM (IO) | 6 month CD | Home Equity | Checking |
| 15 year fixed | 30 year FHA | 1 year CD | Credit Cards | College Finance |
| 5/1 ARM | 30 year fixed refi | 2 year CD | Auto | Personal Loans |
| 7/1 ARM | 15 year fixed refi | 3 year CD | Insurance | Credit Unions |
| 30 year Jumbo | See all Mortgages | 1 year Jumbo CD | Local CDs | Local MMAs |
| | | 3 year jumbo CD | | |

advertisement

## Sponsored Ads

American Express—Savings -- Save with Confidence with an FDIC Insured Savings Account—Learn More.
Tired of Low CD Rates? -- Try Muni and Corporate Bond Auctions at Zions Direct.
Wachovia Retirement -- Focus Your Retirement Now and Speak to a Retirement Specialist!
Scottrade® Online Trading -- $7 Equity Trades, No Limit. Switch To Scottrade -Receive Up To $100
Mortgage Refinance Rates at 4.0% FIXED! -- $200,000 mortgage for $699/month. See Lower Payment NOW - No SSN Reqd.

**Investing Quick Links**

| Most Popular | Recommended |
|---|---|

1. How to deal with the coming economic crisis
2. U.S. Treasury securities remain safe
3. Low CD rates leave 'laddering' shaky
4. Buy variable annuity carefully

advertisement

 E-Ticket 

**Reservation Number:** 1687719          **Member ID Number:** 1435915

**Trip 1**
Start: New Haven                End:   Bradley
Time:  04:00 PM                 Time:  05:20 PM
Date:  12/15/09

600 Long Wharf Drive-Sports Haven

Anver Emon                      Paid:  Visa
4164292876                      Total: $46.55
**Adults:** 1

To obtain service from Bradley Airport, passengers must first obtain their luggage and proceed to the Ground Transportation Counter (in the baggage claim area). Use the black CT Limo Courtesy Phone or Phone Board to check in. Please have your eTicket number available. Once you are checked-in, you will then be scheduled on the next available vehicle.

Please have your eTicket number ready for the Ground Transportation Representative or Connecticut Limo Dispatcher. As a reminder if for any reason you miss your original departure time you will be placed on the next available vehicle to your destination. An adult must accompany children under 16 years of age. Connecticut Limousine, LLC. allows (2) pieces of checked baggage and (1) carry-on piece for each passenger. The maximum weight is (60) pounds each and the maximum size is (62) inches (length plus width plus height) for each checked bag. The maximum size for a carry-on is (45) inches (length plus width plus height). Children up to the age of 14 are allowed to take (1) checked bag and (1) carry-on with the same restrictions as above. Baggage in excess of (60) pounds will not be accepted for transportation unless the passenger can provide additional help in the loading and unloading of the baggage with the driver. Please contact our reservations department if you are transporting unusual objects including but not limited to large boxes, bicycles, surfboards, golf bags, skis or any other items which do not fit into standard luggage. These items may be accepted in LIEU of a checked piece of baggage but you must contact our reservation department before booking your reservation. When departing the airports, these unusual objects may be subject to availability only. We reserve the right to refuse boarding to passengers who have not advised our reservation department of any unusual objects as referenced above prior to their reservation. Additional charges may apply. Customers must carry on high value items including but not limited to jewelry, laptop computers, cameras and camcorders. Customer hereby indemnifies and holds harmless Connecticut Limousine, LLC, its agents, employees and representatives from and for any and all claims relating to lost/damaged luggage and personal property.
Connecticut Limousine, LLC. does not allow any pets or animals, with the exception of certified service animals Connecticut Limousine. LLC is not responsible for damaged luggage for any reason. No bailment is created. Customer's luggage is transported as an accommodation to the customer. Customer herby indemnifies and holds harmless Connecticut Limousine, LLC, its agents, employees and representatives from and for any and all claims relating to lost/damaged luggage and personal property. **All sales are final.** Connecticut Limousine's eTicket are non-refundable once purchased. In the event the eTicket is not utilized for any reason, it is the purchaser's responsibility to contact a Reservation Agent at Connecticut Limousine at 1-800-472-LIMO (5466) or go on line at www.ctlimo.com to arrange for a credit in our system, no later than forty-eight (48) hours after original travel date. Failure to do so will result in a forfeit of a credit in our system. In addition, any remaining portion of the eTicket will not be valid for future travel. If the preceding criteria have been met, the purchaser will be eligible for a credit in our system that will remain valid for one (1) year from the original purchase date and the purchaser's Member ID Number will track the credit in our system. Once the purchaser's credit in our system has been applied to a new reservation, the purchaser will not be allowed to cancel the new reservation to receive an additional credit in our system. Purchasers may revise their eTicket online. If the revision is on the same day of travel, it is the purchaser's responsibility to contact our Reservation Department to verify availability. If the purchaser is making a reservation for the same day as their flight, the purchaser must call 1-800-472-5466 to check for the availability for that day. All changes are subject to availability. The use of Connecticut Limousine's Tickets is limited to the regular scheduled transportation services of the company. Connecticut Limousine, LLC is not responsible for any consequential damages that the customer's may sustain as a result of Connecticut Limousine, LLC's failure to perform any of the transportation services promised. If Connecticut Limousine, LLC fails to adequately perform the services promised, the customer's damages are limited to the unused value of the ticket that the customer purchased from Connecticut Limousine, LLC.
Every effort is made to remain on schedule. However, circumstances sometimes develop beyond Connecticut Limousine, LLC's control, such as weather and/or travel delays. Connecticut Limousine, LLC is not responsible for late arrivals, schedule changes, inconvenience or damage from delayed service to any point or destination.

All trip times off the airports are approximate and are based on availability. There are no set times off the airport.

For Direction to the terminal please visit www.ctlimo.com then choose terminal directions.

https://192.168.64.242/reservations/eticket.cfm                                         12/15/2009